# EXHIBIT A



**Serafina Restaurant Group**
29 East 61st Street. New York, NY 10065
Phone: (212) 702-8703 Fax: (212) 702-8704
Website: www.serafinarestaurant.com

## NOTICIA DE TARIFAS Y DE DIA DE PAGO

FECHA: 9-6-2011
NOMBRE DEL EMPLEADO: ZANDY REYES
DIRECCION: 40-27-100 St.   CIUDAD: QUEENS   ESTADO: N.Y
CODIGO POSTAL: 11368
LUGAR DE EMPLEO: Serafina 61
POSICION/OCUPACION: Buser
NOMBRE Y POSICION DEL PREPARADOR: _____

Su tarifa regular será $ 5 por hora por las primeras 40 horas durante una semana
Su tarifa por sobretiempo será $ 8.63 por hora, pasadas las 40 horas.
El día de pago designado para usted será: Todos los sábados

PARA LOS EMPLEADOS QUE RECIBEN PROPINAS SOLAMENTE. (TODOS LOS DEMAS POR FAVOR FIRME ABAJO)

El crédito de propina obtenido será $ 2.25 por hora.
Si usted no recibe suficientes propinas en el transcurso de la semana para obtener la tarifa mínima por hora de $7.25 por hora por las primeras 40 horas y $10.875 por las horas que sobrepasen las 40 horas, se le pagara salario adicional para completar la diferencia.

Yo he sido informado de mi tarifa regular, tarifa de sobretiempo, crédito de propinas –si corresponde– y día de pago en la fecha que sigue.
XFirma del Empleado y fecha 9-06-2010   *Zandy R.*

FOR SPANISH SPEAKING EMPLOYEES: (Por favor marque)
[ ] Una copia de este documento en español fue provista y está disponible en la oficina para mi consulta.
Firma del Empleado y Fecha 9-6-2011

Firma del Preparador _____

Serafina Restaurant Group | Confidential

# EXHIBIT B



**Serafina Restaurant Group c/o Cognac**
1740 Broadway. New York, NY 10019
Phone: (646) 368-1110 | Fax: (646) 368-1069
Website: www.serafinarestaurant.com

## NOTICE OF PAY RATES AND PAY DAY

TODAY'S DATE: 5/6/12
EMPLOYEE'S FULL NAME: Andre Santos Ride
ADDRESS: 249 West end Ave CITY: New York STATE: NY ZIP CODE: 10023
WORK PLACE: 2178 Broadway - Serafina
JOB TITLE: Server
PREPARER'S NAME AND TITLE: Michelle Sarris - HR

Your regular rate of pay will be $ 5 per hour for the first 40 hours in a week.
Your overtime rate of pay will be $ 8.63 per hour for hours over 40.

Your designated pay day will be: Every Friday
FOR TIPPED EMPLOYEES ONLY. (ALL OTHERS PLEASE SIGN BELOW)

The tip credit taken will be $ 2.25 per hour.

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates of $7.25 per hour for the first 40 hours and $10.875 per hour for hours over 40, you will be paid additional wages that week to make up the difference.

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature and Date _____

Preparer's Signature _____

Serafina Restaurant Group | Page 26